ANTONIO VALDEZ SBN # 288656
NATALIA DASILVA, SBN # 329468
LEGAL SERVICES OF NORTHERN CALIFORNIA
190 Reamer Street
Auburn, CA 95603
Telephone: (530) 823-7560
Fax: (530) 823-7601
Email: avaldez@lsnc.net

Attorney for Plaintiff Christopher Vargas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER VARGAS**, | ) |
| | ) Case No.: 2:20-cv-01570-JDP |
| Plaintiff, | ) |
| | ) |
| VS. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER FOR AN EXTENSION OF TIME** |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

　　　IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to ~~respond to Defendant's Complaint~~ *file a motion for summary judgment* be extended until May 24, 2022.  This is Plaintiff's first request for an extension of time to respond.  Plaintiff's counsel requires additional time to review and consider the government's position due to conflicting hearings scheduled near and around the original reply date. Defendant's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: April 18, 2022 | LEGAL SERVICES OF NORTHERN CALIFORNIA |
| | /s/ Antonio Valdez_____ |
| | By: ANTONIO VALDEZ |
| |     Attorney for Plaintiff |
| DATED: | ___/s/ Caspar Chan*_____ |
| | By: CASPAR CHAN |
| |     Special Assistant United States Attorney |
| |     Attorneys for Defendant |
| |     (* By e-mail authorization on_____) |

<u>ORDER</u>

IT IS SO ORDERED.

Dated:   April 21, 2022            _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE